| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:16CR00203-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:21-cr-05123-BHS |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |  |  |
|---|---|---|---|
| Nathan Smith | UTAH |  |  |
|  | DIVISION |  |  |
|  | CENTRAL |  |  |
|  | NAME OF SENTENCING JUDGE |  |  |
|  | Ted Stewart |  |  |
|  | DATES OF SUPERVISION TERM | FROM 12/10/2020 | TO 12/9/2023 |

OFFENSE

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms and Ammunition

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

March 29, 2021
Date

Honorable Ted Stewart
Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

4/1/2021
Effective Date

United States District Judge