JOHN W. HUBER, United States Attorney (No. 7226)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Email: matthew.bell@usdoj.gov

FILED
U.S. DISTRICT COURT
2016 MAY -4 A 11: 42
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | Case No. |
| | : | 18 U.S.C § 922(g)(1), |
| v. | | FELON IN POSSESSION OF |
| | : | FIREARMS AND AMMUNITION |
| | : | |
| NATHAN JAMES SMITH, | | Case: 2:16-cr-00203 |
| | : | Assigned To : Stewart, Ted |
| Defendant. | | Assign. Date : 5/4/2016 |
| | | Description: USA v. |

The Grand Jury charges:

**COUNT I**
**(Felon in Possession of Firearms and Ammunition)**

On or about March 23, 2016, in the Central Division of the District of Utah,

**NATHAN JAMES SMITH,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, to wit: a Rock Island 12 gauge shotgun, an On Target AR-15 assault-type rifle, a Taurus 9mm caliber handgun, and ammunition in 12 gauge, 9mm and other calibers; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922, including but not limited to the firearm and ammunition listed in Count I.

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOH W. HUBER
United States Attorney

_____
MATTHEW L. BELL
Assistant United States Attorney

2