PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Nathan James Smith  **Case Number:** 3:21CR05123-BHS
**Name of Judicial Officer:** The Honorable Benjamin H. Settle, United States District Judge
**Date of Original Sentence:** 06/05/2017  **Date of Report:** 05/25/2021
**Original Offense:** Felon in possession of firearms and ammunition
**Original Sentence:** 63 months' confinement; 3 years' supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 12/10/2020

**Special Conditions Imposed:**
☒ Substance Abuse      ☐ Financial Disclosure      ☐ Restitution:
☐ Mental Health        ☐ Fine                     ☐ Community Service
☐ Other:

## NONCOMPLIANCE SUMMARY

I allege Nathan James Smith has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using opiates on or about May 3, 2021, in violation of a mandatory condition of supervision. |

United States Probation Officer Action: Mr. Smith admitted to heroin use. He is currently enrolled in out-patient treatment and has agreed to enter an in-patient treatment program within the next few days. He has been regularly attending his out-patient appointments, finds treatment to be helpful, and has acknowledged a need for more intensive therapy. Mr. Smith will be required to successful participate and complete an in-patient treatment program in response to his ongoing drug use.

Assistant United States Attorney Grady Leupold has no objection.

I respectfully recommend the Court endorse my actions.

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.               Monique D. Neal
                                             Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of May, 2021.      BY:

_Kalen Thomas_                               _Michael R. Markham_
Kalen Thomas                                 Michael R. Markham
Supervising United States Probation Officer  Assistant Deputy Chief United States Probation Officer

The Honorable Benjamin H. Settle, United States District Judge  Page 2
Report on Offender Under Supervision  May 25, 2021

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

May 25, 2021
Date