PROB 12C-WAR
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nathan James Smith  **Case Number:** 3:21CR05123-1
**Name of Judicial Officer:** The Honorable Benjamin H. Settle, United States District Judge
**Date of Original Sentence:** 06/05/2017  **Date of Report:** 06/03/2021
**Original Offense:** Felon in possession a firearm and ammunition
**Original Sentence:** 63 months' imprisonment; 36 months' supervision
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 12/20/2020
**Assistant United States Attorney:** To be assigned  **Defense Attorney:** To be assigned

**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☐ Restitution:
☐ Mental Health   ☐ Fine           ☐ Community Service
☐ Other:

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Nathan James Smith has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to participate in substance use treatment as directed by probation on or about May 28, 2021, in violation of a special condition of supervision. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

| | |
|---|---|
| The Honorable Benjamin H. Settle, United States District Judge | Page 2 |
| Petition for Warrant or Summons for Offender Under Supervision | June 3, 2021 |

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 3rd day of June, 2021.

BY:

*Kalen Thomas*
Kalen Thomas
Supervising United States Probation Officer

*Michael R. Markham*
Michael R. Markham
Assistant Deputy Chief United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
 (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
 (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

June 4, 2021
Date