# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

United States of America

v.

NATHAN JAMES SMITH

Case No. CR21-5123BHS

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document files with the court:

__ Indictment __ Superseding Indictment __ Information __ Superseding Information __ Complaint
__ Pretrial Violation Petition __ Probation Violation Petition **XX** Supervised Release Violation Petition
__ Violation Notice __ Order of Court

| Place: U.S. District Court<br>1717 Pacific Ave.<br>Tacoma, WA 98402 | Courtroom: E |
|---|---|
| Before: Benjamin H. Settle, U.S. District Judge | Date and Time: 8/4/2021 9:00 AM |

This offense is briefly described as follows:

Violation of conditions of supervised release

Date: June 4, 2021

_Issuing officer's signature_

*Gretchen Craft, Deputy Clerk*
Printed name and title

I declare under penalty of perjury that I have:

__ Executed and returned this summons     __ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_