JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-5123 BHS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO SEAL DOCUMENT |
| | ) | |
| NATHAN J. SMITH, | ) | **Noted: July 9, 2021** |
| Defendant. | ) | |
| | ) | |

The defendant, Nathan J. Smith, through counsel, moves this Court to order that Defendant's Emergency Motion for Reconsideration of Detention Order be filed under seal and secured from public access until further order of the Court. This motion is based on the sensitive and confidential nature of information contained in the document, which if made public could result in irreparable harm to the defendant. The right of access is outweighed by the interests of both the public and the parties in protecting the substance of this document from public view. There is compelling reason to order that Defendant's Emergency Motion for Reconsideration of Detention Order be sealed.

DATED this 9th day of July, 2021.

Respectfully submitted,

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Nathan J. Smith

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**