FILED _____ LODGED
_____ RECEIVED
Jul 09, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-5123 BHS |
| Plaintiff, | ORDER GRANTING EMERGENCY MOTION FOR RECONSIDERATION OF DETENTION ORDER |
| v. | |
| NATHAN J. SMITH, | |
| Defendant. | |

The Court, having considered the Defendant's Emergency Motion for Reconsideration of Detention Order pursuant to 18 U.S.C. §§ 3142 and 3145, the pleadings of the parties and the records and files herein, now hereby

ORDERS that an emergency review hearing of the defendant's detention hearing be scheduled for July 9, 2021, at 3:30 PM via Zoom.

DONE this 9th day of July, 2021.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
J. RICHARD CREATURA

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Nathan J. Smith

[PROPOSED] ORDER GRANTING EMERGENCY MOTION
FOR RECONSIDERATION OF DETENTION ORDER
(*United States v. Nathan J.* Smith, CR21-5123 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710