

# United States District Court
## Western District of Washington

NITED STATES OF AMERICA,
vs.
# NATHAN JAMES SMITH

# APPEARANCE BOND
## CASE No: CR21-5123BHS

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington*; *Courtroom E*, on Monday, August 2, 2021 at 10:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 1 YEAR IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Probation Officer.
- **Address.** I must furnish my attorney, and/or Probation if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Probation if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Probation
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Conditions of Supervision.** The conditions of my supervised release or probation remain in effect, and are also incorporated in this bond as conditions of my release.

**OTHER SPECIAL CONDITIONS:**
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| | | |
|---|---|---|
| **X** s/Nathan James Smith per approval | **July 9, 2021** | **LONGVIEW, WASHINGTON** |
| Signature of FPD Colin Fieman | Date Signed | City, State of Residence |

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**July 9, 2021**
Date Signed

J. Richard Creatura
UNITED STATES CHIEF MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*